JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TCT MOBILE (US), INC., et al.,<br><br>　　　　Defendants. | Case No. SACV 19-2192-GW-ASx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　　IT IS SO ORDERED.

Dated: June 17, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE